UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80609-CIV-DIMITROULEAS

JOHN CARRINO,

    Plaintiff,

vs.

LIBERTY SHIPBUILDING, INC., a/k/a
LIBERTY YACHTS,

    Defendant.
_____/

### ORDER DENYING, AS MOOT, MOTION TO DISMISS

THIS CAUSE is before the Court upon Defendant's Motion to Dismiss, filed herein on July 2, 2008 [DE-5]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

On July 20, 2008, Plaintiff filed a Motion for Leave to File Amended Complaint, with an Amended Complaint attached. The Court granted leave to amend the Complaint, rendering the instant Motion moot.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss filed herein on July 2, 2008 [DE-5] is hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 21st day of July, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Joanne M. Foster, Esq.
John Stanley Yudin, Esq.
Timothy P. Shusta, Esq.