UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80609-CIV-DIMITROULEAS

JOHN CARRINO,

    Plaintiff,

vs.

LIBERTY SHIPBUILDING, INC., a/k/a
LIBERTY YACHTS,

    Defendant.
_____/

## ORDER GRANTING MOTION TO STRIKE

THIS CAUSE is before the Court upon the Motion to Strike filed herein on August 5, 2008. [DE-16]. The Court has carefully considered the Motion and is otherwise fully advised in the premises.

On August 5, 2008, a Final Report of Mediation was filed in this case [DE-15], however the caption referred to a separate case, Case No. 07-CIV-61737, before District Judge Zloch. In the instant Motion, it is indicated that this document was filed in error.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) The Motion to Strike [DE-16] is hereby **GRANTED**.

2) Docket Entry 15, Final Report of Mediation, is hereby **STRICKEN** from the Record.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of August, 2008.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Joanne M. Foster, Esq.
John Stanley Yudin, Esq.
Timothy P. Shusta, Esq.